CLAIR W. MUNN, Appellant, v. GOODYEAR TIRE & RUBBER Co., INC., Defendant, and AUDREY N. BARBER, Defendant-Respondent.— Judgment affirmed, with costs. All concur. (The judgment affirms a judgment of the Buffalo City Court which dismissed plaintiff's complaint in an action in fraud and misrepresentation.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

JAMES L. BROWN, Respondent, v. KEESHIN MOTOR EXPRESS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ. [See 269 App. Div. 727.]

JAMES P. HARDY, Appellant, v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment reversed on the law and order modified by striking out the provision dismissing the complaint and a new trial granted on the ground that the verdict is against the weight of the evidence, and as modified affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses the complaint in an action in conversion. The order granted defendant's motion to set aside the verdict of the jury in favor of plaintiff and for a nonsuit on defendant's motion.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ. [See 269 App. Div. 807.]

BENJAMIN MAHLER et al., Suing on Behalf of Themselves as Stockholders of Trico Products Corporation and on Behalf of All Other Stockholders Similarly Situated, Respondents, v. JOHN R. OISHEI et al., Appellants, et al., Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants to a certain extent plaintiffs' motion for an examination of certain defendants before trial.) Present — Cunningham, P. J., Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE BURTON, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses relator's order to show cause and remands him to the custody of defendant.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK PEZZANO et al., Appellants, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (The order dismisses the writ of habeas corpus and remands relators to the custody of defendant.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

BETTY MAYETTE, an Infant, by JOSEPH MONDO, Her Guardian ad Litem, Respondent, v. JOHN FITZGERALD et al., Doing Business as FITZGERALD BROS., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a bus negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

ARTHUR A. ANDREWS, Appellant, v. JOSEPH J. KELLY et al., Constituting the Board of Police Pensions of the City of Buffalo, et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies plaintiff's motion to strike out defendants' answer on the ground that it is insufficient in law, in an action to recover payments alleged to be due plaintiff as a retired member of the police pension fund.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [See 269 App. Div. 729.]